# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAYMOND A. LONG, M.D.,** | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   Civil Action |
| | )   NO. 1:07-MC-00035-RCL |
| | ) |
| **TRIAD HOSPITALS, INC.;** | ) |
| **QUORUM HEALTH RESOURCES, L.L.C.;** | ) |
| **NORTHWESTERN MEDICAL CENTER, INC.;** | ) |
| **PETER A. HOFSTETTER;** | ) |
| **JACQUES M. ARCHAMBAULT, M.D.;** | ) |
| **MICHAEL BURFOOT, B.M., B.Ch.;** | ) |
| **JOSEPH SALOMONE, M.D.;** | ) |
| **JAMES DUNCAN, M.D., and** | ) |
| **STEPHEN MASON, M.D.** | ) |
|     **Defendants** | |

## ORDER

Upon consideration of the defendant's Motion [1] to Quash the Subpoena Duces Tecum issued to the Office of the Registrar, American University, the answer and reply thereto, and after a review of the entire record herein, it is hereby

ORDERED, that the defendant's Motion to Quash the Subpoena Duces Tecum is GRANTED; and it is further

ORDERED, that the January 25, 2007 subpoena issued by plaintiff to the Office of the Registrar, American University is hereby quashed. The plaintiff has failed to show that the personal academic records from American University can demonstrate Mr. Hofstetter's propensity for "wrongful, illegal, destructive, vengeful and malicious action" or lead to the discovery of admissible evidence on the subject. Furthermore, plaintiff has failed to demonstrate the necessity to examine Mr. Hofstetter's academic record at American University

for proof of his technical background in the field of biology.

    SO ORDERED.

    Signed by Royce C. Lamberth, United States District Judge, October 31, 2007.